# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO: 16-43379-659 |
| MICHAEL HEADRICK ) | Chapter 13 |
| ) | |
| ) | Trustee's Objection to Confirmation |
| ) | Original Confirmation Hearing set for: |
| Debtor ) | June 23, 2016  11:00 am |

### TRUSTEE'S OBJECTION TO CONFIRMATION OF 1ST AMENDED PLAN

**COMES NOW** John V. LaBarge, Jr., Standing Chapter 13 Trustee, and for his objection to confirmation states as follows:

1. Debtor lacks sufficient income to fund the plan.
2. The set monthly payments to be made by the Trustee exceed the plan payment.
3. 5c lacks repay period.
4. Schedule C fails to properly claim entireties exemption under RSMO 513.475.2 and 11 USC 522(b)(3)(B).

**WHEREFORE** the Trustee prays the Court enter its order denying confirmation of the proposed plan.

| | |
|---|---|
| Dated: June 24, 2016 | /s/ Kathy Wright |
| | Kathy Wright MO31047 |
| OBJCONFAF--KLW | Attorney for Trustee |
| | P.O. Box 430908 |
| | St. Louis, MO  63143 |
| | (314) 781-8100  Fax: (314) 781-8881 |
| | trust33@ch13stl.com |

The undersigned hereby certifies that he served the above notice on this day of June 24, 2016, either through the Court's ECF system or by ordinary mail, postage pre-paid, addressed to:

/s/ Kathy Wright

MICHAEL HEADRICK
4516 THOLOZAN AVE
SAINT LOUIS, MO  63116

ANGELA REDDEN-JANSEN
3350 GREENWOOD BLVD
C/O O'GORMAN & SANDRONI PC
MAPLEWOOD, MO  63143